**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6551**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GABRIEL DANIEL MORRISON-MITCHELL, a/k/a G,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:12-cr-00010-MSD-LRL-2)

Submitted:  September 8, 2022                    Decided:  September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gabriel Daniel Morrison-Mitchell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriel Daniel Morrison-Mitchell appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Morrison-Mitchell's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We deny Morrison-Mitchell's request to place his appeal in abeyance for a district court decision on a subsequently filed motion for compassionate release as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2